IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CLAYTON DOBBINS** | ) | |
| | ) | |
| **v.** | ) | 3-08-CV-1206-N |
| | ) | |
| **KROGER COMPANY** | ) | |

## FINDINGS, CONCLUSIONS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Pursuant to the District Court's order of reference filed on October 15, 2008, on October 24, 2008, the undersigned magistrate judge held a chambers conference with Mr. Dobbins to review the facts and circumstances which supported his request to proceed *in forma pauperis* without payment of the $350.00 filing fee.

Based upon the information presented orally and in documentary format, the magistrate judge concludes that Clayton Dobbins should be granted leave to proceed *in forma pauperis*.

**RECOMMENDATION**:

It is recommended the District Court enter its order granting Clayton Dobbins leave to proceed *in forma pauperis* in the above styled and numbered action, and that the District Court refer the case back to the undersigned magistrate judge for further proceedings.

A copy of this recommendation shall be transmitted to Mr. Dobbins.

SIGNED this 24th day of October, 2008.

_____
WM. F. SANDERSON, JR.
UNITED STATES MAGISTRATE JUDGE