IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CLAYTON DOBBINS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 3:08-CV-1206-N-AH |
| ) | |
| KROGER COMPANY, ) | |
|     Defendant. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, GRANTS Plaintiff's motion for leave to proceed *in forma pauperis*, and RE-REFERS the case to the Magistrate Judge for findings and recommendation.

SO ORDERED.

Signed November 19, 2008.

_____
David C. Godbey
United States District Judge